Brianna Pierce, Esq. (SBN: 336906)
BELLATRIX LAW, P.C.
16868 Via Del Campo Ct., Ste 100
San Diego, California 92127
Phone: (619) 977-5248
Email: bkp@bellatrix-law.com

*Counsel for Plaintiff Skye Griffin*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| SKYE GRIFFIN,<br><br>             Plaintiff,<br>        v.<br>ELIZABETH CHEN (a/k/a ELIZABETH KEILY) and DOES 1-50, inclusive,<br><br>             Defendants. | Case No. 2:24-cv-07502-MWC-MAA<br><br>**DECLARATION OF BRIANNA K. PIERCE IN SUPPORT OF EX PARTE APPLICATION FOR ORDER PERMITTING ALTERNATIVE SERVICE ON DEFENDANT ELIZABETH CHEN (A/K/A ELIZABETH KEILY)** |

I, Brianna Pierce, declare as follows:

1.      I am an attorney duly licensed to practice in the State of California and a partner at the firm Bellatrix Law, P.C., counsel for Plaintiff SKYE GRIFFIN ("Plaintiff"). I submit this declaration in support of Plaintiff's *ex parte* application, pursuant to Fed. R. Civ. P. 4(e), Cal. Civ. Proc. Code § 413.30, and L.R. 7-19, seeking an order permitting alternative service of process on Defendant ELIZABETH CHEN (a/k/a ELIZABETH KEILY) ("Defendant") via e-mail and text message, filed contemporaneously herewith.

2.      The facts stated in this declaration are based on my personal knowledge and, if called upon, I can and will competently testify thereto.

3.      Plaintiff hired a process server to serve the Summons and Complaint in this matter on Defendant. The process server (Erick M. Salas) made six separate attempts to serve the Summons and Complaint on Defendant, including on the following dates and times:

- Tuesday, 9/10/24, at 11:30 am

- Wednesday, 9/11/24, at 11:18 am

- Thursday, 9/12/24 at 637 pm

- Friday, 9/13/24, at 8:33 pm

- Saturday, 9/14/24, at 11:20 am

- Monday, 9/23/24 at 11:00 am

4.     During those attempts, Plaintiff's process server spoke to multiple tenants, attempted to speak with the building manager twice, and left the manager a voicemail regarding Defendant's whereabouts. Despite those efforts, the process server was unable to effectuate service on Defendant.

5.     Attached hereto as **Exhibit A** is a true and correct copy of Erick M. Salas's Affidavit of Reasonable Diligence, dated September 25, 2024, detailing his attempts to serve Defendant.

6.     To the extent the Court finds it relevant, Plaintiff had a similar experience trying to serve Defendant during the Restraining Order Proceeding (as defined in the *ex parte* application). Attached as **Exhibit B** is a true and correct copy of Plaintiff's hired process server's (Esmeralda Pech) Affidavit of Reasonable Diligence, dated May 15, 2024, detailing her attempts to serve Defendant with process in the Restraining Order proceeding.

7.     In any event, as a result of the Restraining Order Proceeding, there is recent and concrete evidence that Defendant maintains valid email addresses (missekeily87@gmail.com and elizabethkeily@yahoo.com) and a valid cell phone number used to send and receive texts ((310) 871-1771).

8.     Specifically, when I provided notice of the Restraining Order application to Defendant via the above phone number and email addresses, the emails did not bounce back and the text messages turned blue, indicating that they were successfully sent and received as an iMessage between my iPhone and Defendant's iPhone.

- 2 -

DECLARATION OF BRIANNA K. PIERCE IN SUPPORT OF *EX PARTE* APPLICATION
CASE NO. 2:24-CV-07502-MWC-MAA

9. Further, after receiving the text messages, Defendant sent a screenshot of the notice texts to another person, confirming that she received the texts and, thus, actual notice of the documents attached thereto.

10. Based on Defendant's demonstration that her email addresses and cell phone were the most effective ways to provide actual notice to her, the Superior Court granted Plaintiff permission to serve process on Defendant in the Restraining Order Proceeding via text message to (310) 871-1771.

11. Attached hereto as **Exhibit C** is a true and correct copy of the Order on Request to Continue Hearing, entered by the Superior Court of California, County of Los Angeles, on May 21, 2024, whereby the Superior Court granted Plaintiff permission to serve Defendant via text message to the number (310) 871-1771. *See* **Exhibit C** at 2, 4.

12. On November 14, 2024, I contacted Defendant about the substance of this Application via Defendant's known and confirmed e-mail addresses (missekeily87@gmail.com and elizabethkeily@yahoo.com) and via text message to Defendant's known and confirmed cell phone that receives text messages (310-871-1771). The emails did not bounce back, and the text messages reflected the blue color of a successfully sent and received message between iPhones. As of this filing, Defendant has not responded or in any way indicated that she would oppose the Application.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: November 18, 2024

**BELLATRIX LAW, P.C.**

*/s/ Brianna K. Pierce*
Brianna K. Pierce (CA Bar No. 336906)
16868 Via Del Campo Ct., Ste 100
San Diego, California 92127
Phone: (619) 977-5248
Email: bkp@bellatrix-law.com

*Counsel for Plaintiff Skye Griffin*

- 3 -

DECLARATION OF BRIANNA K. PIERCE IN SUPPORT OF *EX PARTE* APPLICATION
CASE NO. 2:24-CV-07502-MWC-MAA