UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV24-07502-MWC-MAA | Date | January 2, 2025 |
|---|---|---|---|
| Title | Skye Griffin v. Elizabeth Chen, et al. | | |

| Present: The Honorable | MICHELLE W. COURT, United States District Judge |
|---|---|

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:   (IN CHAMBERS) ORDER RE DEFAULT OF DEFENDANT <u>AS TO</u> ELIZABETH CHEN**

On December 30, 2024, the plaintiff filed a request for entry of default by clerk against the interests of Defendant Elizabeth Chen.  Default by clerk was entered on January 2, 2025. Plaintiff is hereby directed to file a motion for default judgment or, other appropriate dispositive motion on or before February 3, 2025. Plaintiff may file the motion and set it for hearing on an earlier date so long as the date is available on the Court's Open Motion Calendar. Failure to file said dispositive motion by February 3, 2025, will result in dismissal without further notice by the Court.

---

**CIVIL MINUTES –
MOTION FOR DEFAULT JUDGMENT
REQUIRED**

____ : ___
Initials of Deputy Clerk: TJ