UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SKYE GRIFFIN,<br><br>                    Plaintiff,<br><br>v.<br><br>ELIZABETH CHEN (a/k/a ELIZABETH KEILY) and DOES 1-50, inclusive,<br><br>                    Defendants. | Case No. 2:24-cv-07502-MWC-MAA<br><br>**ORDER ON PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO APPEAR REMOTELY (DKT. 30)** |

Before the Court is Plaintiff Skye Griffin's ("Plaintiff") ex parte application for leave to appear remotely on April 25, 2025 at 1:30 p.m. for the hearing on her Motion for Default Judgment against Defendant Elizabeth Chen (a/k/a Elizabeth Keily) ("Defendant"). For the reasons stated below and good cause having been shown, the motion is GRANTED.

The Court having considered Plaintiff's application and finding good cause therefore, hereby GRANTS the application and ORDERS that Plaintiff may appear at the hearing on Plaintiff's Motion for Default Judgment by remote means on April 25, 2025 at 1:30 pm.

**IT IS SO ORDERED.**

Dated:  April 22, 2025

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE

- 1 -