Brianna Pierce, Esq. (SBN: 336906)
BELLATRIX LAW, P.C.
16868 Via Del Campo Ct., Ste 100
San Diego, California 92127
Phone: (858) 338-5650
Email: bkp@bellatrix-law.com

*Counsel for Plaintiff Skye Griffin*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| SKYE GRIFFIN,<br><br>              Plaintiff,<br>       v.<br><br>ELIZABETH CHEN (a/k/a ELIZABETH KEILY) and DOES 1-50, inclusive,<br><br>              Defendants. | Case No. 2:24-cv-07502-MWC-MAA<br><br>**DECLARATION OF SKYE GRIFFIN IN SUPPORT OF RENEWED MOTION FOR DEFAULT JUDGMENT**<br><br>Hearing Date: September 19, 2025<br>Hearing Time: 1:30 p.m.<br>Judge: Hon. Michelle W. Court<br>Courtroom: 6A<br><br>Complaint Filed: September 3, 2024 |

I, Skye Griffin, declare as follows:

1.      I have personal knowledge of the facts in this declaration and, if called as a witness, I would testify competently to these facts.

2.      I incorporate the declaration[1] I previously made in support of the motion for default. [Dkt. #28-2]. I submit this declaration in support of the renewed motion and to include additional support for the anti-stalking claim and evidence of damages.

3.      Attached hereto as composite **<u>Exhibit A</u>** are just a small fraction of text messages that I received from Defendant after on or after April 9, 2023. These messages establish what is alleged in the Complaint, namely that Defendant's conduct continued to occur after I demanded that she cease and desist her course of conduct.

---

[1] References to "¶" refer to paragraphs in the Declaration filed in support of the original Motion. [Dkt. #28-2].

4.    As a result of Defendant's defamation and stalking conduct, I have been economically and emotionally harmed.

5.  I have lost income opportunities from streaming revenue as a result of Defendant's defamation and stalking.

   a.  Prior to Defendant's course of conduct, I enjoyed burgeoning success in the music industry. For example, I recorded the song "Fairytale" with Chris Brown, which has 5.8 million streams on Spotify and 2,853,964 streams on Apple Music. Composite Exhibit B. Based on the publicly available pay-per-stream amounts of Spotify ($0.003 - $0.005) and Apple Music ($0.006 - $0.007) (Exhibit C), I earned approximately $43,177.00 in streaming revenue from that one song.

   b.  As set forth in my previous Declaration and also in the Declarations of Kathryn Griffin-Townsend ("Griffin-Townsend Dec.") and Terayle Garnett ("Garnett Dec."), Defendant's defamatory and stalking conduct caused me to lose the opportunity to release at least three songs with well-known hitmakers that could have been as big as "Fairytale" (if not bigger, had I also not lost out on the opportunity to build on my successful relationships with artists like Chris Brown and DJ Khaled).  (Griffin-Townsend Dec. ¶¶ 17-18; Garnett Dec. ¶¶ 8-12).

   c.  If I had not lost the opportunity to release those three songs, I likely would have earned at least $43,177.00 x 3, or **$129,531.00.**

6.    As set forth in my original Declaration, I also have actual damages in the form of expenses caused by Defendant's defamation and stalking, including:

| Damage category & description | Amount | Decl. Paragraph |
|---|---|---|
| Sunk studio & engineering costs for those songs | **$17,280** | ¶ 13 |
| Medical-hair expenses – weaves | **$3,535** | ¶ 21 |
| Medical-hair expenses – extensions | **$4,000** | ¶ 21 |
| Wage loss from demotion (lead → extra) | **$40,000** | ¶ 22 |
| Fee to break Los Angeles lease | **$25,000** | ¶ 24 |
| Moving costs (L.A. → Houston) | **$12,000** | ¶ 24 |
| Higher Houston rent (lease term) | **$3,895** | ¶ 24 |
| Trust formation ("New Life Living Trust") | **$4,000** | ¶ 25 |
| Earnest-money deposit on Cypress home | **$5,000** | ¶ 25 |

- 2 -

| Damage category & description | Amount | Decl. Paragraph |
|---|---|---|
| Down-payment on Cypress home | **$30,000** | ¶ 25 |
| Second relocation costs (Houston → Cypress) | **$8,000** | ¶ 25 |
| Home security system (install only) | **$2,600** | ¶ 25 |
| Added mortgage burden accrued to date | **$93,150** | ¶ 25 |
| Attorneys' fees & investigation (identity) | **$6,500** | ¶ 28 |
| Attorneys' fees (civil-harassment RO) | **$10,580** | ¶ 29 |

In total, the expenses I incurred as a result of Defendant's conduct totals: **$333,640.00**.

7.     Also as set forth in my prior Declaration, I have suffered severe damage to my reputation as a result of Defendant's defamation and stalking. ¶¶ 2, 4, 8, 9, 11, 14-17. Given that I estimate that I lost $43,177.00 per song that Defendant prevented from happening, I think it is reasonable to value the harm done to my reputation by each defamatory statement at $43,177.00. Because there were 13 Statements identified in the Complaint, a reasonable award for harm to my reputation is $43,177.00 x 13 = **$561,301.00**

8.     Most of all, I have suffered severe emotional distress as a result of Defendant's defamation and stalking. ¶¶ 2, 10, 18-31; see also, generally, Griffin-Townsend Declaration filed concurrently herewith. I believe the severity of the harassment and emotional distress supports a large award that is reasonably based on the duration of the time in which I suffered from the severe emotional distress. Between March 2020 and June 2024, I spent 1,553 days in absolutely agony, harming myself, and frankly, wanting to die. I think it is reasonable to value the emotional harm that I suffered on each of those horrific days at least at $1,000. Using that calculation, my emotional damages totaled 1,553 days x $1,000 = **$1,553,000.**

9.     Even if the Court does not consider the foregoing sufficient proof of actual damages to my reputation or emotional state, I understand that the law assumes that I have suffered this harm. Thus, even without presenting evidence of damage, I am entitled to receive compensation for this assumed harm in whatever sum the Court believes is reasonable. In support of any such award, I urge the Court to consider the narrative of my harm set forth in my prior Declaration, as well as the testimony of my mother (Kathryn Griffin-Townsend) and assistant (Terayle Garnett). I also ask the Court to truly consider the length and severity of Defendant's conduct. When I consider

- 3 -

RENEWED DECLARATION OF SKYE GRIFFIN
CASE NO. 2:24-CV-07502-MWC-MAA

what I would pay to have the past five years of my life back—to be able to sleep through the night without nightmares, enjoy holidays and vacation without fear of someone watching me, to not spend days crying over the guilt I felt for putting my family and friends through this nightmare, and to be able to take back all of the horrible things that I did to myself just so I could forget for a single second what was being done to me—I know it would vastly more than any paper receipt could convey. I think a reasonable amount of assumed damages is **$2,000,000.**

10.     Also as set forth in my prior Declaration, I believe I am entitled to punitive damages. ¶¶ 16, 17, 31, 32. Given Defendant's egregious conduct and clear willingness to harm me for no reason other than to satisfy her own sick desires, I am requesting an award of punitive damages in the amount of a ratio of 2:1 compensatory to punitive damages – as a means of punishing and deterring Defendant's future defamatory conduct. Accordingly, because the compensatory damages equals $2,577,472.00 ($129,531.00 + $333,640.00 + $561,301.00 + $1,553,000), a punitive damages award of **$5,156,944.00** is reasonable.

11.     In sum, I am requesting the following damages award:

    a.  Compensatory damages of  $2,577,472.00, consisting of:

        i.  $129,531.00 (lost profits)

        ii.  $333,640.00 (expenses)

        iii.  $561,301.00 (reputation harm)

        iv.  $1,553,000 (emotional distress)

    b.  Or in the alternative, assumed damages in the amount of $2,000,000, and

    c.  Punitive damages award of $5,156,944.00 (2x compensatory)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 1, 2025

                                  */s/ Skye Griffin*
                                  Skye Griffin

RENEWED DECLARATION OF SKYE GRIFFIN
CASE NO. 2:24-CV-07502-MWC-MAA

# EXHIBIT A

**Messages exported from: Skye Griffin's iPhone (+18328186744)**
**With: Group Chat: Anthony Wilson (4044467289), 3108711771, 7703663733, 7702820495, 8186557667, 7706576678, 6787577689, 8186577788, 4708797201**
PDF generated on 7/16/25 using Decipher TextMessage

**4/9/23, 3:01 PM**

4708797201

ANT BEEN FUCKIN MONICA HIS SIS. HE A FUCKIN LIAR FORAL

**4/9/23, 3:15 PM (Viewed 4/9/23, 3:18 PM)**

4708797201

WARNED YA BOUT ANT. NIGGA WIT MONICA SIS BEEN HANGIN WIT HALEY 2 N THEY FOLLOW EACHOTHER N IG. ANY OF YALL BITCHEZ WHO THINK HE FINNA CHANGE IS DUMB!!!' NIGGA BEEN THE SAME LYIN ASS CHEATIN NIGGA WHO LIED BOUT HIS WIFE 4 14 YEARZZZZZ

2 total messages and 0 total images. To export all of your messages to PDF, activate Skye Griffin's iPhone in Decipher TextMessage and then export again to make a new PDF.

1

Messages exported from: Skye Griffin's iPhone (+18328186711)
With: Group Chat: Anthony Wilson (4044467289), 3108711771, 7703663733, 7702820495, 8328182156, 6788558767, 8185588766, 4048567778, 4708797201
PDF generated on 7/16/25 using Decipher TextMessage

**4/9/23, 3:02 PM**

4708797201

> MONICA FOLLOWIN HALEY ON IG 2. ONLY HIS FAMOUS BITCHES GET 2 MEET HER😁😁😁😁😁😁 FAT ASS MALE GROUPIE

**4/9/23, 3:18 PM**

4708797201

> ANT FUCKIN MONICA "HIS SIS". SHE FOLLOW HALEY ON IG THEY BEEN OUT EATIN TOGETHER AS A FAMILY N ATL 😁😁😁 HE AINT NEVA CHANGIN. YALL BITCHES SMARTEN UP!!! FR. NIGGA A MALE GROUPIE 1ST HE DONE CHOSE CHILLY OVER HIS WIFE ALLISON N YALL N NOW MONICA. ONLY HIS CELEB BITCHEZ MEET HALEY NOT YALL YUNG DUMB SIDE BITCHESSSSS HAHAHAHAHAHHAHAA

**4/9/23, 3:24 PM (Viewed 4/9/23, 3:26 PM)**

4708797201

> ANT FUCKIN MONICA "HIS SIS". SHE FOLLOW HALEY ON IG THEY BEEN OUT EATIN TOGETHER AS A FAMILY N ATL 😁😁😁 HE AINT NEVA CHANGIN. YALL BITCHES SMARTEN UP!!! FR. NIGGA A MALE GROUPIE 1ST HE DONE CHOSE CHILLY OVER HIS WIFE ALLISON N YALL N NOW MONICA. ONLY HIS CELEB BITCHEZ MEET HALEY NOT YALL YUNG DUMB SIDE BITCHESSSSS HAHAHAHAHAHHAHAA

4 total messages and 0 total images. To export all of your messages to PDF, activate Skye Griffin's iPhone in Decipher TextMessage and then export again to make a new PDF.

**Messages exported from: Skye Griffin's iPhone (+18328186714)**
**With: Group Chat: 7703663733, 4708797201, 6786677666, 8186876887, 6788588768**
PDF generated on 7/16/25 using Decipher TextMessage

**4/9/23, 3:03 PM**

4708797201

> MUNCH AINT YALL FRIEND EITHER. SIS B SMILIN N
> MONICA FACE 2😁

1 total message and 0 total images. To export all of your messages to PDF, activate Skye Griffin's iPhone in Decipher TextMessage and then export again to make a new PDF.

**Messages exported from: Skye Griffin's iPhone (+18328186711)**
**With: Group Chat: 3108711771, 7703663733, 7702820495, 8186676667, 3469667919**
PDF generated on 7/16/25 using Decipher TextMessage

---

**4/10/23, 11:17 AM (Viewed 4/10/23, 10:12 PM)**

3469667919

KARMA NEVERRRR MISSES HOE

**4/10/23, 11:19 AM (Viewed 4/10/23, 10:12 PM)**

3469667919

KARMA NEVERRRR MISSES HOE

**4/10/23, 11:19 AM (Viewed 4/10/23, 10:12 PM)**

3469667919

RUBY MONICA JESS SKYE ELIZABETH VENAA NAOMI LINDSEY ALLISON CHILLI

---

5 total messages and 0 total images. To export all of your messages to PDF, activate Skye Griffin's iPhone in Decipher TextMessage and then export again to make a new PDF.

**Messages exported from: Skye Griffin's iPhone (+18328186711)**
**With: Group Chat: Anthony Wilson (4044467289), 3108711771, 7703663733, 7702820495, 6786577677, 8328182110, 3469667919**
PDF generated on 7/16/25 using Decipher TextMessage

**4/10/23, 11:18 AM (Viewed 4/11/23, 10:53 AM)**

3469667919

OKK ANT WE C U 🔥 MONICAAAA FLY

**4/10/23, 11:20 AM (Viewed 4/11/23, 10:53 AM)**

3469667919

OKK ANT WE C U 🔥 MONICAAAA FLY

2 total messages and 0 total images. To export all of your messages to PDF, activate Skye Griffin's iPhone in Decipher TextMessage and then export again to make a new PDF.

**Messages exported from: Skye Griffin's iPhone (+18328186744)**
**With: 3469667919**
PDF generated on 7/16/25 using Decipher TextMessage

**4/10/23, 11:15 AM (Viewed 4/10/23, 11:22 AM)**

3469667919

U MAD LITTLE GIRL???😁😁😁😁😁😁😁😁

**4/10/23, 11:18 AM (Viewed 4/10/23, 11:22 AM)**

3469667919

FLEA MARKET HOE

**4/10/23, 11:18 AM (Viewed 4/10/23, 11:22 AM)**

3469667919

10 YEAR SIDE BITCH

11 total messages and 0 total images. To export all of your messages to PDF, activate Skye Griffin's iPhone in Decipher TextMessage and then export again to make a new PDF.

**Messages exported from: Skye Griffin's iPhone (+18328186744)**
**With: Group Chat: Anthony Wilson (4044467289), 3108711771, 7703663733, 7702820495, 6786677788, 8186567677, 8186765778, 3469667919**
PDF generated on 7/16/25 using Decipher TextMessage

**4/10/23, 11:17 AM (Viewed 4/11/23, 10:54 AM)**

3469667919

ANT N MONICA🔥🔥🔥 SHE B ROUND HALEY

1 total message and 0 total images. To export all of your messages to PDF, activate Skye Griffin's iPhone in Decipher TextMessage and then export again to make a new PDF.

**Messages exported from: Skye Griffin's iPhone (+18328186744)**
**With: Group Chat: Anthony Wilson (4044467289), 7703663733, 7702820495, 6786577778, 3469667919**
PDF generated on 7/16/25 using Decipher TextMessage

**4/10/23, 11:17 AM (Viewed 4/11/23, 10:53 AM)**

3469667919

SKY MAD SHE GOTTA GO SELL HER CANDLEZ AT THA FLEA MARKET. SIS AINT GOT NO HIT SONGZZZ AFTER PLAYIN SIDE BITCH 2 A MUSIC INDUSTY NIGGA HOW DUMB U GOTTA B SIS UUUUUU A FAILUREEEEEEEEEE WORTHLESS ASS PPP FRAUD LOAN HAVING ASSSSS!!!! ALL U GOT IS SUM DESIGNERZ CLOTHES SIMMER DOWN. MONICA FINNA OUTSHINE U EVERY TIME. KARMA NEVER MISSES!!!

1 total message and 0 total images. To export all of your messages to PDF, activate Skye Griffin's iPhone in Decipher TextMessage and then export again to make a new PDF.

**Messages exported from: Skye Griffin's iPhone (+18328186744)**
**With: Group Chat: Anthony Wilson (4044467289), 7703663733, 7702820495, 4708797703**
PDF generated on 7/16/25 using Decipher TextMessage

**4/11/23, 11:53 AM**

4708797703

SKY GOTTA USE MAD FILTERZZZ WIT HER BIG ASS TEETH N FOREHEAD. SHE CAN NEVA COMPETE WIT MONICA

1 total message and 0 total images. To export all of your messages to PDF, activate Skye Griffin's iPhone in Decipher TextMessage and then export again to make a new PDF.

**Messages exported from: Skye Griffin's iPhone (+1832818674)**
**With: Group Chat: Anthony Wilson (4044467289), 3108711771, 7703663733, 7702820495, 4708797703, 8186637689**
PDF generated on 7/16/25 using Decipher TextMessage

**4/11/23, 11:52 AM (Viewed 4/11/23, 11:57 AM)**

4708797703

ANT STILL LIKIN SKY NEW IG PIC SO SHE FEELIN HERSELF SIS U SO FILTERED MONICA N CHILL NATURAL BEAUTYZZZZZZ

**4/11/23, 11:56 AM (Viewed 4/11/23, 11:57 AM)**

4708797703

ANT STILL LIKIN SKY NEW IG PIC SO SHE FEELIN HERSELF SIS U SO FILTERED MONICA N CHILL NATURAL BEAUTYZZZZZZ

2 total messages and 0 total images. To export all of your messages to PDF, activate Skye Griffin's iPhone in Decipher TextMessage and then export again to make a new PDF.

Messages exported from: Skye Griffin's iPhone (+18328186744)
With: Group Chat: Anthony Wilson (4044467289), 7703663733, 7702820495, 4708797703, 8186776889
PDF generated on 7/16/25 using Decipher TextMessage

**4/11/23, 11:56 AM (Viewed 4/11/23, 12:01 PM)**

4708797703

> SKY FINNA B DUMB SO SHE AINT G2 GO BAC 2 THA FLEA MARKET 2 SELL HER CANDLEZZZZZ ANT WILL NEVER B LOYAL 2 NO1 YA HERD. KARMA BEVER MISSES U 10 YEAR WORTHLEZZ SIDE BITCH FUCKED ON A MARRIED NIGGA N FEEL ENTITLED TAKE A SEAT DUMB BITCHHHH B4 YA FEELINGZ REALLY GET HURT U THINK U HAD ANY CHANCE IF CHILLI AINT MOVE OUT THA WAY BEFORRAL

1 total message and 0 total images. To export all of your messages to PDF, activate Skye Griffin's iPhone in Decipher TextMessage and then export again to make a new PDF.

**Messages exported from: Skye Griffin's iPhone (+18328186744)**
**With: Group Chat: Anthony Wilson (4044467289), 3108711771, 7703663733, 7702820495, 6785777876, 8185638837, 7705667776, 4708797703**
PDF generated on 7/16/25 using Decipher TextMessage

**4/11/23, 11:51 AM**

4708797703

ANT LIKIN SKY NEW PIC GOT HER GEEK. SHE FINNA MAKE HIM PROVE SHE THE MAIN 1. SIS U STILL 1 OF MANY N U NEVER FINNA B MONICA!!!!!! CHILLI N MONICA R LEGENDZZZZ U A FAILURE

1 total message and 0 total images. To export all of your messages to PDF, activate Skye Griffin's iPhone in Decipher TextMessage and then export again to make a new PDF.

**Messages exported from: Skye Griffin's iPhone (+18328186744)**
**With: 4708797703**
PDF generated on 7/16/25 using Decipher TextMessage

---

**4/11/23, 11:54 AM (Viewed 4/11/23, 12:00 PM)**

4708797703

WHO U FOOLIN. ANT WILL NEVA B A 1 WOMEN MAN. U 1 OF MANY DUMMY

**4/11/23, 11:56 AM (Viewed 4/11/23, 12:00 PM)**

4708797703

DUMB BITCH

**4/11/23, 11:56 AM (Viewed 4/11/23, 12:00 PM)**

4708797703

U WORTHLEZZZZZ FLEA MARKET HOE

---

3 total messages and 0 total images. To export all of your messages to PDF, activate Skye Griffin's iPhone in Decipher TextMessage and then export again to make a new PDF.

1

**Messages exported from: Skye Griffin's iPhone (+18328186744)**
**With: Group Chat: Anthony Wilson (4044467289), 3108711771, 7703663733, 7702820495, 6788376886, 4045171136, 7702827677, 6788657775**
PDF generated on 7/16/25 using Decipher TextMessage

**4/19/23, 10:11 AM (Viewed 4/19/23, 10:14 AM)**

4045171136

WORD IZ MONICA N ANT BEEN FUCKIN BUT SHE AINT WANT EVERY1 2 KNO THEY BEEFIN RIGHT NOW CUZ SKYE TRIED 2 ARGUE WIT MO'S HAIR DRESSER BOUT IT WHOLE SHIT MESSY YALL BITCHEZ SHARIN A NIGGA WIT 10 OTHER BITCHEZZZ BUT THATZ TEA N THE A

1 total message and 0 total images. To export all of your messages to PDF, activate Skye Griffin's iPhone in Decipher TextMessage and then export again to make a new PDF.

Messages exported from: Skye Griffin's iPhone (+18328186744)
With: Group Chat: Anthony Wilson (4044467289), 3108711771, 7703663733, 7703838335, 8325728567, 6786457656, 6149358288, 8185783856, 4045171136
PDF generated on 7/16/25 using Decipher TextMessage

**4/19/23, 10:08 AM (Viewed 4/19/23, 10:22 AM)**

4045171136

JESS RUBY MONICA ELIZABETH SKYE VEE LINDSEY NAOMI ALLISON CHILLI SISTER WIFEZ OF ANTHONY WILSON❍❍❍❍❍❍❍❍❍❍❍❍

1 total message and 0 total images. To export all of your messages to PDF, activate Skye Griffin's iPhone in Decipher TextMessage and then export again to make a new PDF.

**Messages exported from: Skye Griffin's iPhone (18328186711)**
**With: 4045171136**
PDF generated on 7/16/25 using Decipher TextMessage

---

**4/19/23, 10:11 AM (Viewed 4/19/23, 10:14 AM)**

4045171136

> MONICA A GOOD LOOK 4 THA NIGGA RELAX HELL B
> BACK😄😄😄😄

**4/19/23, 10:16 AM**
Skye Griffin's iPhone (18328186711)

> Keep my name out ya fuckin mouth

**4/19/23, 10:16 AM**

4045171136

> This phone number is no longer in service.

---

7 total messages and 0 total images. To export all of your messages to PDF, activate Skye Griffin's iPhone in Decipher TextMessage and then export again to make a new PDF.

1

**Messages exported from: Skye Griffin's iPhone (+18328186744)**
**With: Group Chat: Anthony Wilson (4044467289), 3108711771, 7703663733, 4045171136, 6788276887, 7703776788**
PDF generated on 7/16/25 using Decipher TextMessage

**4/19/23, 10:13 AM (Viewed 4/19/23, 10:14 AM)**

4045171136

JESS CLUELESS SHE BEEN WIT ANT SINCE HE GOT BAC 2 LA 2😂 HE GOT BITCHEZ ON BITCHEZZZZZ HE TAKE HER 2 HIS WORKOUTZZZ

1 total message and 0 total images. To export all of your messages to PDF, activate Skye Griffin's iPhone in Decipher TextMessage and then export again to make a new PDF.

Messages exported from: Skye Griffin's iPhone (+18328186744)
With: Group Chat: Anthony Wilson (4044467289), 3108711771, 7703663733, 7702820495, 6148283877, 7703728826, 6782727756, 8182754775, 4042089995
PDF generated on 7/16/25 using Decipher TextMessage

**5/3/23, 9:48 PM (Viewed 5/3/23, 9:51 PM)**

4042089995

File attachment with MIME type: image/png
LOOK AT SKY NO FILTER BIG FOREHEAD
BITCHH😂😂😂😂. U N YA MOMMA WRONG N NYC
SUING PPPL THEY NEEDA SUE YA ASS FOR THEM
PPP LOANZ U TOOK OUT FRAUD ASS!!!!!!!!!  THAT BIG
ASS FOREHEAD N CHIN GIRRRRL CHILLI N MO LOOK
BETTER THEN U SIS

1 total message and 1 total image. To export all of your messages to PDF, activate Skye Griffin's iPhone in Decipher TextMessage and then export again to make a new PDF.

1

Messages exported from: Skye Griffin's iPhone (+18328186744)
With: Group Chat: Anthony Wilson (4044467289), 7703663733, 7702820495, 6782827688, 8182727282, 2138712427
PDF generated on 7/16/25 using Decipher TextMessage

**5/4/23, 11:57 AM (Viewed 5/4/23, 11:59 AM)**

2138712427

SKY A 🤡 PPP LOAN LAWSUIT FRAUD SLEEPIN WIT MARRIED MEN 🤡🤡🤡 MOM A CRACKHEAD PROSITIUTE SUING NIGGAZZZZ

1 total message and 0 total images. To export all of your messages to PDF, activate Skye Griffin's iPhone in Decipher TextMessage and then export again to make a new PDF.

**Messages exported from: Skye Griffin's iPhone (+1832818671 )**
**With: Group Chat: Anthony Wilson (4044467289), 3108711771, 7703663733, 7702820495, 8187282828, 4239139148, 6788272728, 7703828288**
PDF generated on 7/16/25 using Decipher TextMessage

**5/4/23, 7:20 AM (Viewed 5/4/23, 8:23 AM)**

4239139148

SKY MOM N HER N NY SUIN ED SHERAN 2DAY THEY TRYNA GET $$$$ THEY GOT NEEVEZ SKYE A HOMERECKER WHO TOOK OUT $60000 OF PPP LOANZZZZ FRAUDDD HER PHOTOZ R CATFISHHHHH  NN THEY WAY IS SUIN PPL DAMN SHAMEEEEEEEEEEEEEWEEEE

**5/4/23, 7:21 AM (Viewed 5/4/23, 8:23 AM)**

4239139148

SKYE A 🤡🤡🤡🤡🤡 SHE DONT LOOK SHIT LIK HER INSTAGRAM PICZZZ CATFISHHHHH SUIN PPL TAKIN PPP LOANZZZ DAM YALL DOWN BAD

2 total messages and 0 total images. To export all of your messages to PDF, activate Skye Griffin's iPhone in Decipher TextMessage and then export again to make a new PDF.

**Messages exported from: Skye Griffin's iPhone (+18328186711)**
**With: 4239139148**
PDF generated on 7/16/25 using Decipher TextMessage

---

**5/4/23, 7:15 AM (Viewed 5/4/23, 8:22 AM)**

4239139148

U A FRAUD

**5/4/23, 7:16 AM (Viewed 5/4/23, 8:22 AM)**

4239139148

FRAUDDDDDDDD

**5/4/23, 7:17 AM (Viewed 5/4/23, 8:22 AM)**

4239139148

CATFISH PPP SCAMMIN FRAUD HUSBAND STEALIN
HOMERECKER YA FAMILY GOT NERVEZZZ 2 GO AFTER
ANY1

---

11 total messages and 0 total images. To export all of your messages to PDF, activate Skye Griffin's iPhone in Decipher TextMessage and then export again to make a new PDF.

**Messages exported from: Skye Griffin's iPhone (+18328186744)**
**With: Group Chat: Anthony Wilson (4044467289), 3108711771, 7703663733, 6783837367, 8183736878, 4045334036**
PDF generated on 7/16/25 using Decipher TextMessage

**6/6/23, 1:44 PM**

4045334036

ANT N MONICA GOIN 2 P PARTY TOGETHER THIS YEAR๑๑๑๑๑๑๑๑๑๑๑๑๑๑๑๑๑๑๑๑

1 total message and 0 total images. To export all of your messages to PDF, activate Skye Griffin's iPhone in Decipher TextMessage and then export again to make a new PDF.

1

**Messages exported from: Skye Griffin's iPhone (+18328186744)**
**With: Group Chat: Anthony Wilson (4044467289), 3108711771, 7703663733, 6788276777, 8187272768, 6782856727, 6783873678, 4045334036**
PDF generated on 7/16/25 using Decipher TextMessage

**6/6/23, 1:44 PM (Viewed 6/6/23, 1:46 PM)**

4045334036

> TRUST MONICA NOT MISSIN THA BIG AFFAIR THURS. HER N ANT BEEN GOIN STRONG!!!!!! SHE ALREADY GOT HER PHOTOSHOOT READY😁😁😁😁😁😁😁😁

1 total message and 0 total images. To export all of your messages to PDF, activate Skye Griffin's iPhone in Decipher TextMessage and then export again to make a new PDF.

**Messages exported from: Skye Griffin's iPhone (+18328186744)**
**With: Group Chat: Anthony Wilson (4044467289), 4045334036**
PDF generated on 7/16/25 using Decipher TextMessage

**6/6/23, 1:45 PM (Viewed 6/6/23, 1:47 PM)**

4045334036

> ANTZ MAIN GIRL IS MONICA NOW!!! SHE NOT PLAYIN
> NO GAMEZ WIT HIM HE FINNA RUN UP HIS $$ ON HER
> MONICA DONT PLAY SMALL

1 total message and 0 total images. To export all of your messages to PDF, activate Skye Griffin's iPhone in Decipher TextMessage and then export again to make a new PDF.

**Messages exported from: Skye Griffin's iPhone (+18328186744)**
**With: Group Chat: Anthony Wilson (4044467289), 3108711771, 7703663733, 8182826577, 4048347288, 7868362828, 6785473888, 6149393768, 4239139148**
PDF generated on 7/16/25 using Decipher TextMessage

**5/4/23, 7:15 AM (Viewed 5/4/23, 8:23 AM)**

4239139148

MONICA  LOOK DAM
GOOD☺☺☺☺☺☺☺☺☺☺☺☺☺☺☺☺☺☺☺☺☺.

**5/4/23, 7:16 AM (Viewed 5/4/23, 8:23 AM)**

4239139148

MONICA N CHILLI R LEGENDZZZ

**5/4/23, 7:20 AM (Viewed 5/4/23, 8:23 AM)**

4239139148

MONICA IS A LEGEND AINT NEED 2 SUE NO1 2 GET
AHEAD

4 total messages and 0 total images. To export all of your messages to PDF, activate Skye Griffin's iPhone in Decipher TextMessage and then export again to make a new PDF.

**Messages exported from: Skye Griffin's iPhone (+18328186711)**
**With: 4239139148**
PDF generated on 7/30/25 using Decipher TextMessage

**5/4/23, 7:15 AM (Viewed 5/4/23, 8:22 AM)**

4239139148

U A FRAUD

**5/4/23, 7:16 AM (Viewed 5/4/23, 8:22 AM)**

4239139148

FRAUDDDDDDDD

**5/4/23, 7:17 AM (Viewed 5/4/23, 8:22 AM)**

4239139148

CATFISH PPP SCAMMIN FRAUD HUSBAND STEALIN HOMERECKER YA FAMILY GOT NERVEZZZ 2 GO AFTER ANY1

**5/4/23, 7:17 AM (Viewed 5/4/23, 8:22 AM)**

4239139148

CATFISH PPP SCAMMIN FRAUD HUSBAND STEALIN HOMERECKER YA FAMILY GOT NERVEZZZ 2 GO AFTER ANY1

**5/4/23, 7:17 AM (Viewed 5/4/23, 8:22 AM)**

4239139148

CATFISH PPP SCAMMIN FRAUD HUSBAND STEALIN HOMERECKER YA FAMILY GOT NERVEZZZ 2 GO AFTER ANY1

**5/4/23, 7:17 AM (Viewed 5/4/23, 8:22 AM)**

4239139148

CATFISH PPP SCAMMIN FRAUD HUSBAND STEALIN HOMERECKER YA FAMILY GOT NERVEZZZ 2 GO AFTER ANY1

**5/4/23, 7:17 AM (Viewed 5/4/23, 8:22 AM)**

4239139148

CATFISH PPP SCAMMIN FRAUD HUSBAND STEALIN HOMERECKER YA FAMILY GOT NERVEZZZ 2 GO AFTER ANY1

**5/4/23, 7:17 AM (Viewed 5/4/23, 8:22 AM)**

4239139148

CATFISH PPP SCAMMIN FRAUD HUSBAND STEALIN HOMERECKER YA FAMILY GOT NERVEZZZ 2 GO AFTER ANY1

**5/4/23, 7:20 AM (Viewed 5/4/23, 8:22 AM)**

4239139148

🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡🤡

**5/4/23, 7:22 AM (Viewed 5/4/23, 8:22 AM)**

4239139148

Catfish Fraudddddddd########

**5/4/23, 7:23 AM (Viewed 5/4/23, 8:22 AM)**

4239139148

CATFISH FRAUD###

11 total messages and 0 total images.

2

**Messages exported from: Skye Griffin's iPhone (+18328186744)**
**With: 2055731160**
PDF generated on 7/16/25 using Decipher TextMessage

**7/4/23, 5:34 PM (Viewed 7/4/23, 5:53 PM)**

2055731160

YALL NEEDA LEAVE ANT ALONE HE WIT MONICA PLAYIN FAMILY N HOUSE SHIT HE AINT NEVER DONE 4 U REGULAR HOEZ. NIGGA FINALLY SHOWED HIZ TRUE COLOR!!! YALL SHUDDA SEEN THIS WHEN HE DUBBED HIS WIFE 4 CHILLIIII ENJOY YALL 4TH N PAY HIM DUST!!!!!!!😎. MALE GROUPIEZ DONT DESERVE GOOD PUSSY

**7/4/23, 5:36 PM (Viewed 7/4/23, 5:53 PM)**

2055731160

ANT @ MO's BBQING WINGZ 4 HIS NEW FAM LIK A TRUE MALE GROUPIE BITCH!!!! HE GOONICAZZ BITCH NOW!!!!! NIGGA IS MONICAZ +1 😭😭😭😭😭😭😭

**7/5/23, 7:14 PM (Viewed 7/5/23, 7:17 PM)**

2055731160

U AIGHT???

7 total messages and 0 total images. To export all of your messages to PDF, activate Skye Griffin's iPhone in Decipher TextMessage and then export again to make a new PDF.

1

**Messages exported from: Skye Griffin's iPhone (+18328186744)**
**With: 6786319852**
PDF generated on 7/16/25 using Decipher TextMessage

**7/6/23, 8:52 AM (Viewed 7/6/23, 8:59 AM)**

6786319852

GO FIND U A NEW NIGGA MO NOT LETTIN ANT GO

**7/6/23, 8:56 AM (Viewed 7/6/23, 8:59 AM)**

6786319852

U HAD YA LIL MOMENT THEN MO CAME IN N KILLED YA SHIT DAM

**7/6/23, 8:57 AM (Viewed 7/6/23, 8:59 AM)**

6786319852

I FEEL SORRY 4 U BCUZ U REALLY A LAME THAT KEEP FAILIN

5 total messages and 0 total images. To export all of your messages to PDF, activate Skye Griffin's iPhone in Decipher TextMessage and then export again to make a new PDF.

# EXHIBIT B

Apple Music for Artists    **Measure**    Promote    Artist Content    Account    Skye Griffin
Artist Account

Lifetime

Plays ⌄    By Song ⌄

Playlist ⌄    Locations ⌄    Gender ⌄    Age ⌄

PLAYS BY SONG
# 3M



| SONG | THIS PERIOD ⌄ |
|------|--------------:|
| ✅ All Songs | 3,001,549 |
| ⭕ Fairytale | 2,853,964 |
| ⭕ Who Mad (feat. O.T. Genasis) | 112,281 |
| ⭕ I'm Done | 37,799 |
| ⭕ Lie With You | 676 |

## More Actions

Promote This Artist

View Artist Content

Add New Artist

https://artists.apple.com/ui/measure/artist/ami:identity:11de827...upBy=song&period=ltd&sortKey=total&sortOrder=desc&rows=all    8/1/25, 6:31 PM
Page 1 of 2

Copyright © 2025 Apple Inc. All rights reserved.
Terms of Service │ Privacy Policy │ Contact Us │ Resources and Help

 Chartmetric

Sign In    Get Started Now

*Last Refreshed: Jul 31, 2025*

 MUSIC STATS

# Skyetunes

🇺🇸 United States | R&B/Soul

| CHARTMETRIC RANK | MONTHLY LISTENERS |
|---|---|
| **450.3K**ʳᵈ | 🟢 **8.8K** |

MOST POPULAR TRACK

## Fairytale

🟢 **5.8M STREAMS**



 Quick Social Stats

| IG FOLLOWERS | SPOTIFY FOLLOWERS | X FOLLOWERS |
|---|---|---|
| 📷 **48.4K** | 🟢 **1.3K** | 𝕏 **5.8K** |

🎵 Top Tracks Stats

 1 **Fairytale**
 5.8M Streams

 2 **Who Mad**
 76K Streams   4 Videos

 3 **Reset**
 8.1K Streams

4 **I'm Done**
 2.9K Streams

## 📈 Audience Summary

| PRIMARY MARKET | SECONDARY |
|---|---|
| 🇺🇸 **UNITED STATES** | 🇵🇭 **PHILIPPINES** |

## ▶ Streaming Stats

### 🟢 Spotify

| FOLLOWERS | MONTHLY LISTENERS |
|---|---|
| **1.3K** | **8.8K** |

| PLAYLIST COUNT | PLAYLIST REACH |
|---|---|
| **1.4K** | **175.9K** |

### 🎵 TikTok

| POST COUNT | TOP VIDEO VIEWS |
|---|---|
| **4** | **1.4K** |

### ▶ YouTube

MOSTPOPULARVIDEO

###  Shazam

SHAZAMS

17.6K

## Similar Artists



**Don Benjamin**

United States   Hip-Hop/Rap



**Rawso**

United Kingdom   R&B/Soul



**Stan Genius**

United States   R&B



**Ai...**

Niger...

Platform Pages

Artist Speedometers

Established

Ariana Grande reached over 100M

Santa, Can't You Hear Me added to

34+35 added to Spotify Mega Hit Mix at position 22 with 5.4M followers.

Share Milestones on X

**Chartmetric**

# Data-Driven Decisions.
# Hit-Making Results.

✓ Uncover Rising Stats
✓ Pinpoint Trends
✓ Outpace the Competition

All for the price of a concert ticket.

## Try Chartmetric
(Starts at $60/yr)

Artist FAQ

## Who is Skyetunes?                                                        X

Skye, born in Houston Texas, overcame a challenging early life marked by her biological mother's struggles with addiction. Adopted at age four, Skye found her voice through music and movement, excelling in singing, dance, and baton twirling. Her early career began in the girl group "Sophia Fresh," which gained recognition from Clive Davis and T-Pain, leading to collaborations with Kanye West and appearances on the Step Up soundtracks.\n\nTransitioning to a solo career, Skye has collaborated with artists like Chris Brown and T.I., performing on shows like The Tonight Show. She has also ventured into acting, starring in stage plays and a lead role in the upcoming holiday film, Christmas Coverup. Skye's music, including collaborations like "Fairytale," now focuses on themes of healing and personal growth, as reflected in her upcoming single "Lie With You" and recent release "Reset." Skye's journey embodies strength and transformation, making her a compelling artist and storyteller.

## What are Skyetunes's most popular songs?                                X

Skyetunes's most popular songs include Fairytale, Reset, Who Mad.

## Is Skyetunes currently on tour? If so, when and where is the next show?   X

No, Skyetunes is not currently on tour.

 Chartmetric

# EXHIBIT C

(https://promo.ly)

≡

Home (https://promo.ly) › Streaming Platforms (https://promo.ly/category/strear

HOW MUCH DOES APPLE MUSIC PAY PER STREAM

If you're wondering how much Apple Music pays per stream, you're not a Streaming royalties can be a mystery, and Apple Music's payout system exception. While its per-stream rate is often higher than competitors lik actual earnings vary based on several factors, including location, subscri and industry agreements.

Understanding how these payouts work can help artists make informed about their music distribution and promotion. Whether you're a musicia maximize revenue or simply curious about streaming royalties, exploring payment structure sheds light on how artists get paid in the streaming e

## Understanding Apple Music's Payment Mo

Apple Music operates on a pro-rata payment system, distributing royalt overall revenue pool. This model gives artists a share proportional to the their music generates.

## How Streaming Payments Work

Apple Music calculates royalties based on their total monthly revenue fr subscriptions. The platform first allocates a specific percentage of its in royalties. It then divides this pool among rights holders based on the pro streams their content accumulates. For instance, if your music constitut streams for a given month, you earn 1% of the allocated royalty pool.

Unlike platforms with ad-supported free tiers, Apple Music relies entirel subscriptions. This structure generally results in higher average payouts compared to competitors. However, your earnings reflect several layers including distribution to record labels, publishers, and any intermediarie your agreement.

## Factors Influencing Payouts

Several factors affect the per-stream rate on Apple Music:

- **Geographic Regions**: Markets with lower subscription rates often y payouts per stream. Streams from countries with higher subscripti contribute more to the royalty pool.
- **Subscription Types**: Payments vary based on whether streams com individual, family, or student subscriptions. Streams from higher-tie subscriptions typically generate greater royalty shares.
- **Streaming Volume**: Higher overall platform streams dilute payout r streams increase sharply in a given period while revenue rem st

average per-stream rate decreases.

(https://promo.ly)

Understanding these elements helps you estimate potential earnings an platform more effectively. Tools like Promoly (https://promo.ly/) assist a maximizing streams through targeted promotions, increasing visibility a engagement on platforms like Apple Music.

## How Much Does Apple Music Pay Per Strea



Apple Music pays artists an estimated average of $0.006 to $0.007 per rate fluctuates depending on factors like geographic location, subscripti distribution agreements.

### Average Payment Per Stream

The average pay-per-stream rate on Apple Music ranges between $0.00 Factors such as the listener's country, subscription plan, and the artist's terms affect this rate. For example, streams from North American or Eu often yield higher payouts due to market-specific rates.

While this average provides a baseline, the actual amount an artist earns depends on the total revenue split among rights holders, including recor publishers, and distributors.

### Comparison With Other Platforms

Apple Music's per-stream rate is roughly double that of Spotify, which a $0.003 to $0.005 per stream. Despite a higher rate, Spotify distributes royalty sum due to its significantly larger user base. Unlike Spotify, which ad-supported tier, Apple Music relies entirely on paid subscriptions, con comparatively higher per-stream payouts.

However, overall artist earnings on both platforms are influenced by stre volume, user base size, and how royalties are shared among stakeholder Understanding these differences helps assess where platforms fit into y strategy.

(https://promo.ly)

## Transparency and Payment Challenges

Apple Music's royalty system introduces both opportunities and compli... artists. Understanding the variability of earnings and the clarity of paym... is key for navigating this platform.

### Artist Earnings Variability

Earnings for artists vary significantly due to multiple factors. The per-st... rate of $0.006 to $0.01 is influenced by listener location, subscription le... total streaming activity on the platform. For example, streams from prei... subscribers in high-revenue regions may result in higher payouts compa... streams from regions with less favorable exchange rates or lower subsc...

Distribution agreements also play a crucial role. Your earnings depend o... percentage allocated to artists after record labels, distributors, and pub... their respective cuts. If you're an independent artist, you may retain a la... those partnered with extensive label agreements may see reduced net r...

### Issues With Payment Clarity

Navigating the royalty payment system on Apple Music can feel opaque. ... platform provides a general per-stream payout estimate, it doesn't disc... breakdown of how revenue is distributed among stakeholders. This lack ... transparency makes it challenging to forecast consistent earnings.

Another issue arises from delays in receiving payments. Royalties are of... months after streaming activity occurs, complicating short-term financi... artists. Additionally, without detailed reporting of geographical payouts ... subscription-based metrics, it's difficult for you to pinpoint which factor... your revenue, leaving gaps in actionable insights.

## The Impact on Independent Artists



(https://promo.ly)

Apple Music's payout model offers opportunities and obstacles for inde[pendent] artists. While its higher per-stream rate provides potential revenue adv[antages], various challenges shape the overall experience on the platform.

## Benefits for Independent Musicians

Independent artists can potentially earn more on Apple Music compared with lower payouts, like Spotify. With an average per-stream rate of $0.0[...] you might see comparatively higher earnings for your music, particularly your masters or work with distribution services with minimal fees. These grow further if your listener base is concentrated in high-revenue region[s] premium accounts.

Apple Music's subscription-only model removes reliance on ad revenue, more stable earnings compared to platforms with free ad-supported tie[rs] revenue dilution by free users, your income from every stream reflects t[he] paid subscriptions. Additionally, Apple Music's emphasis on curated play[lists] editorial features increases visibility for independent music, boosting po[tential] streaming numbers.

## Challenges Faced by Indie Artists

While Apple Music's payouts appear attractive, independent artists face hurdles. As with all streaming services, the pro-rata payment model me[ans] earnings rely on your share of total streams globally. If your music has a audience, this system could limit your payout potential compared to arti[sts] mainstream appeal.

Revenue breakdown complexities also affect your earnings. If you distrib[ute] music through third-party services, they often retain a portion of your r[evenue] reducing what you can directly earn.

Furthermore, delayed payments from Apple Music can make it difficult f[or] short-term finances or reinvest in your music projects. Additionally, the detailed reporting on geographical data and subscription tiers can limit target markets strategically.

These challenges highlight why understanding distribution agreements [and] dynamics is crucial to maximizing your earnings as an independent artis[t].

## Conclusion

Understanding how Apple Music pays per stream is essential for artists maximize their earnings. While the platform offers a higher average payo[ut] to some competitors, various factors like geography, subscription types distribution agreements significantly impact your actual earnings.

By gaining insights into Apple Music's royalty structure, you can make in[formed] decisions about your streaming strategy and better plan your revenue g[oals] you're an independent artist or part of a label, staying informed about th[is] helps you navigate the platform more effectively and optimize your pote[ntial]

(https://promo.ly)

≡

**Start your 7-day trial** (https://mailer.promo.ly/register?ref=promoly&utm_source=blog&utm_medium=cta&utm_campaign=bottom)

# Whilst you're here, we have more to read.

(https://promo.ly/what-is-sync-licensing/)

## What Is Sync Licensing and Why It Matters to Musicians
(https://promo.ly/what-is-sync-licensing/)

Sync licensing allows artists to license music for use in film, TV, and media. Learn how it works, why it matters, and how to get started.

(https://promo.ly/music-industry-email-marketing-trends/)

## Top Email Marketing Trends for Musicians Today
(https://promo.ly/music-industry-email-marketing-trends/)

Explore how artists use email marketing to build fan loyalty, send targeted content, and improve performance through real-time campaign insights.

(https://promo.ly/music-branding-strategies/)

## Build a Strong Music Brand With These Simple Strategies
(https://promo.ly/music-branding-strategies/)

Standing out in the music scene takes more than just talent; it takes intention. With so many artists releasing content daily, your brand becomes the foundation for how people remember and connect with you. Music branding goes beyond sound; it's the full picture of who you are, from visuals and...

(https://promo.ly/music-metrics-that-matter/)

## Music Metrics Investors and Labels Actually Care About
(https://promo.ly/music-metrics-that-matter/)

Labels and investors look beyond streams. Track growth, tour sales, engagement, and audience insights to highlight your music's true potential.

### Get Started

Contact(https://promo.ly/contact/)

Sign Up (https://mailer.promo.ly/register?utm_source=direct&utm_medium=utm_campaign=footer)

### Company & Product

About us(https://promo.ly/about/)

Blog(https://promo.ly/blog/)

Promoly Partners(https://promo.ly/partners)

Support(https://support.promo.ly/)

Features(https://promo.ly/features)

(https://promo.ly)

Friends(https://promo.ly/friends)

DJ Pool(https://promo.ly/promo-pool/)

Spotify URL to URI converter plugin (https://chromewebstore.google.com/detail/spotify-url-converter/obncfpagidcenmmgbenmggihnnkjmmne)

Legal

Privacy Policy(https://promo.ly/privacy-policy/)

Terms & Conditions(https://promo.ly/terms-conditions/)

Cookie Policy(https://promo.ly/cookie-policy/)

EULA(https://promo.ly/eula/)

© Promo.ly LTD 2025 All rights reserved - Company number 09153668 - Promoly®

(https://associationforelectronicmusic.org/)

(https://www.capterra.co.uk/software/211435/promoly)

(https://twitter.com/promoly)

(https://www.facebook.com/promoly/)

**Notice at collection** **(https://www.iubenda.com/privacy-policy/78683952/cookie-policy?an=no&s_ck=false&newmarkup=yes)**

Your Privacy Choices