**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

-----------------------------------x

SKYE GRIFFIN,

      Plaintiff,          Case No. 2:24-cv-07502-MWC-MAA

  v.                    **DECLARATION OF ELIZABETH**
                              **KEILY CHEN**

ELIZABETH CHEN (a/k/a
ELIZABETH KEILY) and
DOES 1-50, inclusive,

      Defendants.

-----------------------------------x

    Elizabeth Keily Chen, declares and states under penalty of perjury,

under the laws of the United States of America, as follows:

1.  I am an individual over the age of eighteen and have personal knowledge of the

    facts stated herein.

2.  My legal name is Elizabeth Chen, however I typically go by "Elizabeth Keily" and have done so for several years.

3.  I currently reside in the State of Florida.  I moved there from California in June 2024. Attached as Exhibit 1 are true and correct copies of the lease I executed for my home in Florida on June 5, 2024, for an apartment beginning on June 21, 2024 and my first electric utility bill for that apartment.

4.  I was never served with, nor have I received any legal papers, summons, complaint or notice (electronic or otherwise) regarding the existence of this case.

5.  In late August or early September 2025, I was told by an acquaintance that there was a rumor circulating that I was being sued by the Plaintiff.  As I had no understanding of what claims could possibly be brought against me by the Plaintiff, I was not initially very concerned and assumed it was false information.

6.  Nevertheless, following my being told of this rumor, I contacted an attorney who was able to confirm that a lawsuit had in fact been filed against me in California federal court.

7.  On November 15, 2024, I changed my phone number from (310) 871-1771 to (310) ██████.  Attached as Exhibit 2 are true and correct copies of the AT&T bill I received reflecting the number change fee charged on November 15 and the email confirmation I received confirming the number change that same day.

8.  After November 15, 2024, I had no access to any texts, calls or messages sent to (310) 871-1771.

9.  I never received any texts or emails from Plaintiff, Plaintiff's counsel or anyone else

associated with Plaintiff of which I am aware. I never received any emails containing or attaching any notices, summonses or complaints filed against me.

10. Since January 2018, my primary and active email for all personal and professional matters has been ek@elizabethkeily.com. Attached as Exhibit 3 are true and correct copies of various emails and other documents, including a lease agreement, Amazon orders, receipts, and tax correspondence, reflecting my primary email from 2018 to the present.

11. I do not presently use or have access to either of the two email addresses that Plaintiff alleges were used to serve me.  In fact, it is my understanding that both email accounts allegedly used by Plaintiff were inactive and eventually deactivated prior to the filing of this lawsuit.  Attached as Exhibit 4 are true and correct screenshots I made of the images I see when I try to log into either of the Gmail and Yahoo email accounts.

12. I stopped using the email address "elizabethkeily@yahoo.com" as my primary email in 2018.

13. I stopped using and maintained "missekeily87@gmail.com" only for spam and promotional messages, and I rarely checked it.  I do not recall ever checking it in 2024 through my discovery of the lawsuit filed against me.

14. To the absolute best of my knowledge, my only encounter with the Plaintiff occurred in March 2021 at Saks Fifth Avenue in Beverly Hills.  At that encounter, the Plaintiff's friend approached me and questioned me about my relationship with an ex-partner.

15. The Plaintiff and I did not directly interact before, during, or after this brief encounter.

16. I have not directed anyone to interact with the Plaintiff at any time.

17. At no time have I ever myself directed or requested a third party to direct any communications of any kind to or about the Plaintiff.

18. I have never in my life been to the State of Texas.

19. I adamantly deny ever harassing or stalking Plaintiff, or any other individual, in any way.

20. I have been the victim of online harassment from unknown parties.  Beginning around 2020, I began receiving Instagram messages and text communications containing vulgar and defamatory content directed toward me from unknown parties that my family and friends witnessed.

21. In April 2022, I began seeking assistance from a security expert, Snir Warshaviak, to help identify and stop the ongoing online harassment I had been facing for around two years.  Attached as Exhibit 5 is a true and correct copy of the correspondence I sent to Mr. Warshaviak on April 27, 2022 regarding the online harassment.

22. I have filed this Motion to Vacate the default judgment as quickly as possible under the circumstances.

_____
ELIZABETH KEILY CHEN