# EXHIBIT A



To:  +1 (310) 871-1771

ch100 - Request for Civil Harass...

Mon, Jun 10, 4:13 PM

Elizabeth, please see the attached Three Year Restraining Order, which was issued after today's TRO Hearing.

Three Year Restraining Order.pdf

Thu, Nov 14, 8:05 PM

Elizabeth, tomorrow at 5:00 pm, an ex parte application will be filed by Skye Griffin in Case No. 2:24-cv-07502-MWC-MAA in the Central District of California for an order permitting you to be served with a summons and complaint in that case via text message to (310) 871-1771 and via email to missekeily87@gmail.com and elizabethkeily@yahoo.com. Please let me know by 5:00 pm tomorrow whether you will oppose the motion. Thank you.

Delivered