# EXHIBIT C

**CH-100**

# Request for Civil Harassment Restraining Orders

Read *Can a Civil Harassment Restraining Order Help Me? (form CH-100-INFO)* before completing this form. Also fill out *Confidential CLETS Information (form CLETS-001)* with as much information as you know.

Clerk stamps date here when form is filed.

Electronically FILED by
Superior Court of California,
County of Los Angeles
4/26/2024 1:27 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By Erika Alvarado, Deputy Clerk

**① Person Seeking Protection**

a. Your Full Name:
Skye Griffin                                      Age: 36

Your Lawyer *(if you have one for this case)*
Name: Brianna Pierce          State Bar No.: 336906
Firm Name: Dynamis LLP

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or email.)*

Address: 100 Bayview Circle

City: Newport Beach          State: CA          Zip: 92660

Telephone: 619-225-7323          Fax:

Email Address: bpierce@dynamisllp.com

Assigned for all purposes to:
Commissioner Laura Cohen,
(Department. ST94)

Fill in court name and street address:

**Superior Court of California, County of**
LOS ANGELES
Stanley Mosk Courthouse
111 N Hill St, Los Angeles, CA 90012

Court fills in case number when form is filed.

**Case Number:**
24STRO02953

**② Person From Whom Protection Is Sought**

Full Name: Elizabeth Keily                    Age: 36

Address *(if known):* 1350 S Roxbury Drive

City: Beverly Hills          State: CA          Zip: 90035

**③ Additional Protected Persons**

a. Are you asking for protection for any other family or household members?  ☐ Yes  ☒ No   *If yes, list them:*

| Full Name | Gender | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |

☐ *Check here if there are more persons. Attach a sheet of paper and write "Attachment 3a—Additional Protected Persons" for a title. You may use form MC-025, Attachment.*

b. Why do these people need protection? *(Explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 3b—Why Others Need Protection" for a title.*

**This is not a Court Order.**

Judicial Council of California, *www.courts.ca.gov*
Rev. January 1, 2023, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Request for Civil Harassment Restraining Orders**
**(Civil Harassment Prevention)**

CH-100, Page 1 of 6



Case Number:

## ④ Relationship of Parties

How do you know the person in ②? *(Explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 4—Relationship of Parties" for a title.*

The parties know each other through a mutual acquaintance.

## ⑤ Venue

Why are you filing in this county? *(Check all that apply):*

a. ☒ The person in ② lives in this county.

b. ☐ I was harassed by the person in ② in this county.

c. ☐ Other *(specify):* _____

## ⑥ Other Court Cases

a. Have you or any of the persons named in ③ been involved in another court case with the person in ②?

☐ Yes  ☒ No  *(If yes, check each kind of case and indicate where and when each was filed.)*

| | Kind of Case | Filed in (County/State) | Year Filed | Case Number (if known) |
|---|---|---|---|---|
| (1) ☐ | Civil Harassment | | ___ | _____ |
| (2) ☐ | Domestic Violence | | ___ | _____ |
| (3) ☐ | Divorce, Nullity, Legal Separation | | ___ | _____ |
| (4) ☐ | Paternity, Parentage, Child Custody | | ___ | _____ |
| (5) ☐ | Elder or Dependent Adult Abuse | | ___ | _____ |
| (6) ☐ | Eviction | | ___ | _____ |
| (7) ☐ | Guardianship | | ___ | _____ |
| (8) ☐ | Workplace Violence | | ___ | _____ |
| (9) ☐ | Small Claims | | ___ | _____ |
| (10) ☐ | Criminal | | ___ | _____ |
| (11) ☐ | Other *(specify):* | | ___ | _____ |

b. Are there now any protective or restraining orders in effect relating to you or any of the persons in ③ and the person in ②? ☒ No  ☐ Yes  *(If yes, attach a copy if you have one.)*

## ⑦ Description of Harassment

Harassment means violence or threats of violence against you, or a course of conduct that seriously alarmed, annoyed, or harassed you and caused you substantial emotional distress. A course of conduct is more than one act.

a. Tell the court about the last time the person in ② harassed you.

(1) When did it happen? *(provide date or estimated date):* April 21, 2024

(2) Who else was there?

~~The harassing message was transmitted via Instagram, so it was available for the public to see.~~

**This is not a Court Order.**

**Request for Civil Harassment Restraining Orders**
(Civil Harassment Prevention)

→

Case Number:

**(7)** a. (3)  How did the person in ② harass you? *(Explain below)*:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(3)—Describe Harassment" for a title.*

~~Most recently, Ms. Keily harassed Ms. Griffin by posting an insulting and harassing public comment on Ms. Griffin's Instagram page via a shell Instagram account controlled by Ms. Keily. The shell account is just one of dozens that Ms. Keily has created over the past four years to anonymously send thousands of violent and harassing messages to Ms. Griffin, as set forth in more detail on Attachment 7b.~~

(4)  Did the person in ② use or threaten to use a gun or any other weapon?

☐ Yes  ☒ No  *(If yes, explain below)*:
☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(4)—Use of Weapons" for a title.*

(5)  Were you harmed or injured because of the harassment?

☒ Yes  ☐ No  *(If yes, explain below)*:
☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(5)—Harm or Injury" for a title.*

~~Ms. Keily's four-year course of outrageous, violent, and harassing conduct, which includes the most recent instance of harassment, has caused Ms. Griffin severe emotional distress.~~

(6)  Did the police come?  ☐ Yes  ☒ No

If yes, did they give you or the person in ② an Emergency Protective Order?  ☐ Yes  ☐ No
If yes, the order protects *(check all that apply)*:
☐ Me    ☐ The person in ②    ☐ The persons in ③.
*(Attach a copy of the order if you have one.)*

b.  Has the person in ② harassed you at other times?

☒ Yes  ☐ No  *(If yes, describe prior incidents and provide dates of harassment below)*:

☒ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7b—Previous Harassment" for a title.*

## This is not a Court Order.

**Request for Civil Harassment Restraining Orders**
(Civil Harassment Prevention)

| Case Number: |
| --- |
| |

**Check the orders you want.**

**(8)** ☒ **Personal Conduct Orders**

I ask the court to order the person in ② **not** to do any of the following things to me or to any person to be protected listed in ③ :

a. ☒ Harass, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, abuse, destroy personal property of, or disturb the peace of the person.

b. ☒ Contact the person, either directly or indirectly, in **any** way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by email, by text message, by fax, or by other electronic means.

c. ☐ Other *(specify):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 8c—Other Personal Conduct Orders," for a title.*

_____

_____

_____

*The person in ② will be ordered not to take any action to get the addresses or locations of any protected person unless the court finds good cause not to make the order.*

**(9)** ☒ **Stay-Away Orders**

a. I ask the court to order the person in ② to stay at least __100__ yards away from *(check all that apply):*

(1) ☒ Me.                                (8) ☒ My vehicle.

(2) ☐ The other persons listed in ③ .    (9) ☐ Other *(specify):*

(3) ☒ My home.                          _____

(4) ☒ My job or workplace.             _____

(5) ☐ My school.                       _____

(6) ☐ My children's school.            _____

(7) ☐ My children's place of child care. _____

b. If the court orders the person in ② to stay away from all the places listed above, will he or she still be able to get to his or her home, school, or job?   ☒ Yes  ☐ No   *(If no, explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 9b—Stay-Away Orders," for a title.*

_____

_____

**(10)** **Firearms (Guns), Firearm Parts, and Ammunition**

Does the person in ② own or possess any firearms (guns), firearm parts, or ammunition? This includes firearm receivers and frames, and any item that may be used as or easily turned into a receiver or frame (see Penal Code section 16531).   ☐ Yes  ☐ No  ☒ I don't know

*If the judge grants a protective order, the person in ② will be prohibited from owning, possessing, purchasing, receiving, or attempting to purchase or receive firearms (guns), firearm parts, and ammunition while the protective order is in effect. The person in ② will also be ordered to turn in to law enforcement, or sell to or store with a licensed gun dealer, any firearms (guns) and firearm parts within their immediate possession or control.*

**This is not a Court Order.**

Case Number:

**(11)** ☒ **Temporary Restraining Order**

I request that a Temporary Restraining Order (TRO) be issued against the person in ② to last until the hearing. I am presenting form CH-110, *Temporary Restraining Order,* for the court's signature together with this *Request.*

Has the person in ② been told that you were going to go to court to seek a TRO against him or her?

☒ Yes ☐ No *(If you answered no, explain why below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 11—Temporary Restraining Order" for a title.*

_____
_____
_____

**(12)** ☐ **Request to Give Less Than Five Days' Notice of Hearing**

*You must have your papers personally served on the person in ② at least five days before the hearing, unless the court orders a shorter time for service. (Form CH-200-INFO explains* What Is "Proof of Personal Service"? *Form CH-200,* Proof of Personal Service, *may be used to show the court that the papers have been served.)*

If you want there to be fewer than five days between service and the hearing, explain why below:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 12—Request to Give Less Than Five Days' Notice" for a title.*

_____
_____
_____
_____
_____

**(13)** ☒ **No Fee for Filing or Service**

a. ☒ There should be no filing fee because the person in ② has used or threatened to use violence against me, has stalked me, or has acted or spoken in some other way that makes me reasonably fear violence.

b. ☐ The sheriff or marshal should serve (notify) the person in ② about the orders for free because my request for orders is based on unlawful violence, a credible threat of violence, or stalking.

c. ☐ There should be no filing fee and the sheriff or marshal should serve the person in ② for free because I am entitled to a fee waiver. *(You must complete and file form FW-001, Application for Waiver of Court Fees and Costs .)*

**(14)** ☐ **Lawyer's Fees and Costs**

I ask the court to order payment of my ☒ lawyer's fees ☒ Court costs.

The amounts requested are:

| Item | Amount | Item | Amount |
|---|---|---|---|
| Investigation to Discover Identity | $ $6,500.00 | | $ |
| Preparation of Restraining Order Docs | $ $4,500.00 | | $ |
| | $ | | $ |

☐ *Check here if there are more items. Put the items and amounts on the attached sheet of paper or form MC-025 and write "Attachment 14—Lawyer's Fees and Costs" for a title.*

**This is not a Court Order.**

| Case Number: |
|---|
|  |

**(15)** ☐ **Possession and Protection of Animals**

I ask the court to order the following:

a. ☐ That I be given the sole possession, care, and control of the animals listed below, which I own, possess, lease, keep, or hold, or which reside in my household.

*(Identify animals by, e.g., type, breed, name, color, sex.)*

_____

_____

I request sole possession of the animals because *(specify good cause for granting order)*:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 15a—Possession of Animals" for a title.*

_____

_____

_____

b. ☐ That the person in ②must stay at least_____ yards away from, and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of, the animals listed above.

**(16)** ☐ **Additional Orders Requested**

I ask the court to make the following additional orders *(specify)*:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 16—Additional Orders Requested," for a title.*

_____

_____

_____

**(17)** Number of pages attached to this form, if any:  3 _____

Date:  April 26, 2024 _____

Brianna K. Pierce _____               ▶ *[signature]*  _____
      *Lawyer's name (if any)*                                                        *Lawyer's signature*

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date:  April 26, 2024 _____

Skye Griffin _____               ▶ *[signature]*  _____
      *Type or print your name*                                                        *Sign your name*

**This is not a Court Order.**

**Request for Civil Harassment Restraining Orders**
**(Civil Harassment Prevention)**

CH-100 – Request for Civil Harassment Restraining Order

**<u>Attachment 7b - Previous Harassment</u>**

In or around March 2020, Skye Griffin (the "Victim") started receiving incessant harassing, threatening, and defamatory messages from Elizabeth Keily (the "Stalker") through anonymous phone numbers and social media accounts.[1] Over the next four years, the Stalker subjected the Victim to thousands of instances of unlawful violence, credible threats of violence, and harassment.

While the thousands of instances of previous harassment are too numerous to detail for the Court at this stage, the specific types of harassment—all of which have incurred incessantly over the past four years—include:

- <u>unlawful violence (CCP § 527.6(b)(3), (7))</u>: The Stalker repeatedly followed and harassed the Victim and made credible threats with the intent to place the Victim in reasonable fear of death or great bodily injury by, *inter alia*:

    - secretly following or spying on the Victim without the Victim's consent, as evidenced by messages to the Victim that she was being watched;

    - contemporaneously posting the Victim's private whereabouts, such as the location of the Victim's hotel while the Victim was on vacation in different states and countries; and

    - telling the Victim, after the Victim attempted to secretly move, that the Stalker knew the Victim's new address and that the Victim could "not hide" from the Stalker;

- <u>credible threats of violence</u> (CCP § 527.6(b)(2)): The Stalker engaged in a course of conduct that placed the Victim (and would place any reasonable person) in fear of her safety, and that served no legitimate purpose by, *inter alia*:

    - by repeatedly telling the Victim that she was being watched and to watch her back;

---

[1] After an extensive and costly investigation into the anonymous perpetrator's identity, evidence received just two weeks ago conclusively proved that Elizabeth Keily is the individual responsible for the years of stalking and harassment directed at the Victim.

CH-100 – Request for Civil Harassment Restraining Order

- o  solidifying the Victim's fear by proving that the Victim was, in fact, being watched by, for example, identifying specific contemporaneous facts, such as who was at the Victim's house or whose car was parked in the Victim's driveway;

- o  doxing the Victim by revealing her personal information online without the Victim's consent, including the Victim's home address, phone number, financial information, and other personal details; and

- o  messaging threats of violence about fighting the Victim in locations around the country where the Victim travelled for work; and

- harassment (CCP § 527.6(b)(3)): The Stalker has engaged in a knowing and willful course of conduct over the past four years directed at the Victim that seriously alarmed, annoyed, and harassed the Victim and that served no legitimate purpose by, *inter alia*:

  - o  creating dozens of shell Instagram accounts through which the Stalker posted the Victim's whereabouts, personal information, and made false and defamatory statements about the Victim, the Victim's family members, and the Victim's professional and business reputation;

  - o  making false and *per se* defamatory statements about the Victim's chastity via thousands of text messages, Instagram messages, and social media posts;

  - o  bombarding the Victim with messages late at night and early in the morning— sometimes more than 80 messages at a time—so that the Victim was forced to read the messages just before bed and right when she awoke;

  - o  sending thousands of anonymous messages to the Victim's acquaintances, including minor children, in which the Stalker made defamatory, false, and harassing statements about the Victim's chastity, businesses, family members, whereabouts, personal information, and more; and

  - o  doxing the Victim's home address each time the Victim tried to secretly move and hide from the Stalker.

None of the Stalker's conduct is constitutionally protected activity (CCP § 527.6(b)(1)). Rather, the Stalker had no reason for engaging in the foregoing categories of stalking and harassment other than to harass the Victim and to make the Victim live in a constant state of fear for her safety.

Given that the foregoing conduct has been occurring since March of 2020 and the most recent contact was this week (approximately April 21, 2024), there can be no doubt that the

2

CH-100 – Request for Civil Harassment Restraining Order

Stalker's conduct is likely to recur and that a great harm will result to the Victim if a temporary restraining order is not granted.