# EXHIBIT 1

Exhibit 1
Page 7

**3:06**



‹ **Activity**   Filter

 **player4ladiez29** mentioned you in a comment: @player4lyfe88 @player4lyfe88 ANT FINNA DO HIM. DOIN MORE 4 U WONT CHANGE THAT. I KNO HE STILL MESS WIT MY HOMEGIRL 2 RAW N LIVS 2 EAT THE CAT. @xrubzz @antthaladiesman @allisonwilson713 @lilz6688 @elizabethkeily @skyetunes @therealchilli 6h

♡   Reply   Send

 **player4ladiez29** started following you. 6h   **Follow**

 **player4ladiez29** mentioned you in a comment: YIkES @skyetunes @antthaladiesman 😂😂😂 Sky u REALLY ThoUgHt u Had Dis MaN !!! HE dOnT wAnt U ! He Fa All Yah 😂😂 @xrubzz @therealchilli @elizabethkeily @shesjustlindsay 6h

♡   Reply   Send

 **the.babybible** and **trackrulers** liked your story. 6h

 **the.babybible, its_zbaby** and others liked your story. 6h

 **the.babybible** and **patty_romer** liked your story. 6h

 **player4lyfe88** mentioned you in a comment: ANT FINNA DO HIM. DOIN MORE 4 U WONT CHANGE THAT. I KNO HE STILL MESS WIT MY HOMEGIRL 2 RAW N LUVS TO EAT THE CAT. @xrubzz @allisonwilson713 @lilz6688 @elizabethkeily @yesimprettyvee 8h

            

Exhibit 1
Page 8



Exhibit 1
Page 9



Exhibit 1
Page 10



Exhibit 1
Page 11



Exhibit 1
Page 12



Exhibit 1
Page 13



Exhibit 1
Page 14



Exhibit 1
Page 15



Exhibit 1
Page 16



9:06

8 People ›

Text Message · SMS
Oct 22, 2023 at 3:59 PM

+1 (404) 342-2233 Add

DAY AFTER ELIZAbETH POST SHE MOVIN 2 MIAMI  ANT PoST CHRIS IZ MOVIN FROM LA 👀👀   WHATZ TEA SIS

DAY AFTER ELIZAbETH POST SHE MOVIN 2 MIAMI  ANT PoST CHRIS IZ MOVIN FROM LA 👀👀   WHATZ TEA SIS

DAY AFTER ELIZAbETH POST SHE MOVIN 2 MIAMI  ANT PoST CHRIS IZ MOVIN FROM LA 👀👀   WHATZ TEA SIS

DAY AFTER ELIZAbETH POST SHE MOVIN 2 MIAMI  ANT PoST CHRIS IZ MOVIN FROM LA 👀👀   WHATZ TEA SIS

 Text Message · SMS

Exhibit 1
Page 17

9:05



9 People ›

Text Message · SMS
Jun 18, 2023 at 4:16 PM

+1 (346) 507-2420 Add



ANT MADE A BITCH N ATL GET ABORTION A FEW MONTHZZ AGO. HE AINT SHIT FORRALZZZ YALL NEED 2 STOPP LETTIN THIZ NARCSSIST NIGGA MANIPULATE YALLLL CUZ HE NEXT TO CHRIS BROWN THATZ HIZ ONLY CLAIM 2 LIFE BEIN CHRIS MANAGER INDUSTY NIGGAZ LAUGH AT HIM HOW HE SUCKIN ON QC DICK SO BAD!!!! CLOWN ASS NIGGAAAAAA



ANT MADE A BITCH N ATL GET ABORTION A FEW MONTHZZ AGO. HE AINT SHIT FORRALZZZ YALL NEED 2 STOPP LETTIN THIZ NARCSSIST NIGGA MANIPULATE YALLLL CUZ HE NEXT TO CHRIS BROWN THATZ HIZ ONLY CLAIM 2 LIFE BEIN CHRIS MANAGER INDUSTY NIGGAZ LAUGH AT HIM HOW HE SUCKIN ON QC DICK SO BAD!!!! CLOWN ASS NIGGAAAAAA

 Text Message · SMS

Exhibit 1
Page 18



Exhibit 1
Page 19



Exhibit 1
Page 20



Exhibit 1
Page 21



Exhibit 1
Page 22



Exhibit 1
Page 23



Exhibit 1
Page 24



Exhibit 1
Page 25



Exhibit 1
Page 26



Exhibit 1
Page 27

10:40

2 People >

mama. Or fuck wit a Real Nigga like me

Ant is MarryiN 👵 on June 17TH next Month!!! YiKessssss 💔💔💔💔💔💔💔. Ya checks bout 2 stop Time 2 Get a JOB mama. Or fuck wit a Real Nigga lik me

Ant is MarryiN 👵 on June 17TH next Month!!! YiKessssss 💔💔💔💔💔💔💔. Ya checks bout 2 stop Time 2 Get a JOB mama. Or fuck wit a Real Nigga lik me

Ant is MarryiN 👵 on June 17TH next Month!!! YiKessssss 💔💔💔💔💔💔💔. Ya checks bout 2 stop Time 2 Get a JOB mama. Or fuck wit a Real Nigga lik me

Ant is MarryiN 👵 on June 17TH next Month!!! YiKessssss 💔💔💔💔💔💔💔. Ya checks bout 2 stop Time 2 Get a JOB mama. Or fuck wit a Real Nigga lik me

Ant is MarryiN 👵 on June 17TH next Month!!! YiKessssss 💔💔💔💔💔💔💔. Ya checks bout 2 stop Time 2 Get a JOB mama. Or fuck wit a Real Nigga lik me

Ant is MarryiN 👵 on June 17TH next Month!!! YiKessssss 💔💔💔💔💔💔💔. Ya checks bout 2 stop Time 2 Get a JOB mama. Or fuck wit a Real Nigga lik me

Ant is MarryiN 👵 on June 17TH next Month!!! YiKessssss 💔💔💔💔💔💔💔. Ya checks bout 2 stop Time 2 Get a JOB mama. Or fuck wit a Real Nigga lik me

Text Message

  

       

Exhibit 1
Page 28



Exhibit 1
Page 29

Phone **Blocked** Edit

+1 (762) 435-6618 >

+1 (609) 937-6841 >

+1 (816) 338-0472 >

+1 (862) 212-1151 >

+1 (609) 937-3496 >

+1 (267) 703-2604 >

+1 (551) 276-1590 >

+1 (908) 356-5655 >

+1 (856) 221-2832 >

+1 (212) 290-8495 >

+1 (609) 937-5733 >

+1 (862) 286-2483 >

+1 (609) 937-5865 >

+1 (323) 937-3019 >

+1 (609) 937-5271 >

+1 (678) 489-1942 >

+1 (647) 697-9882 >

+1 (609) 937-3202 >

Exhibit 1
Page 30

12:27    7:18



**2 People** ⟩

Text Message • SMS
May 3, 2023 at 10:38 AM

+1 (470) 968-1112 Add

 ANT DONT WANT U STUPID

Text Message • SMS

Exhibit 1
Page 31

12:27   7:06



**8 People** ›

Text Message • SMS
Apr 10, 2023 at 5:45 PM

+1 (470) 846-4253 Add



Ask me a question

Monica is now dating Chris
brown / bow wow manager Ant

Text Message • SMS

Exhibit 1
Page 32



+1 (404) 208-6414 ›

Text Message · SMS
Nov 9, 2022 at 12:07 AM

DUMB BITCH

Text Message · SMS

Exhibit 1
Page 33

# EXHIBIT 2

Exhibit 2
Page 34



Atl

Jan 4,    01 PM

**+1 (404) 446-7289** ›

Apr 26, 2024 at 12:14 PM

call me.

idk what kind of child's play this is. respectfully, you've moved on & i've moved on. & i dont know if this is a joke or the stalker being funny. but i really dont have the capacity to deal any more drama related to you. I havent dealt w you in over 4 months & everyone needs to move on.

Read



Exhibit 2
Page 35

# EXHIBIT 3

Exhibit 3
Page 36



Exhibit 3
Page 37

# EXHIBIT 4

Exhibit 4

Page 38



**Fwd: Elizabeth**

Begin forwarded message:



**From:** Nigel Cecil <cecil.nige759@gmail.com>
**Date:** September 9, 2024 at 2:14:30 AM EDT
**To:** EK@elizabethkeily.com
**Subject: Elizabeth**

Elizabeth Keily

1350 roxbury drive 208
Los Angeles CA 90035

(310) 871-1771

ElizabethElizabeth.pdf
61 KB
PDF



Exhibit 4
Page 39



Exhibit 4
Page 40



**9:40**

< **2**                          ^    ˅

1 Message                        ⥂ Summarize

**EK**    **elizabeth keily**                10/28/25
          To: Chuck Schimmel >

## Fwd: Elizabeth Keily

There's over about 5 of these emails dated from September as well.

Begin forwarded message:

**From:** aul Whittaker <raulwhittaker93@gmail.com>
**Date:** September 14, 2024 at 6:40:47 PM EDT
**To:** EK@elizabethkeily.com
**Subject: Elizabeth Keily**

Elizabeth Keily
1350 roxbury drive 208
Los Angeles CA 90035
(310) 871-1771

| PDF | **ElizabethKeily.pdf**
|     | 60 KB                          ⬇ |



Exhibit 4
Page 41

9:40

ElizabethKeily.pdf

1 of 2

Elizabeth Keily,

I know that calling (310) 871-1771 or visiting 1350 roxbury drive would be a convenient way to contact you in case you don't take action. Don't even try to hide from this. You've no idea what I'm capable of in Los Angeles.

It's important you pay attention to this message right now. Take a minute to relax, breathe, and really dig into it. 'Cause we're about to discuss a deal between you and me, and I don't play games. You don't know anything about me whereas I know ALOT about you and right now, you are thinking how, correct?

Well, you've been a bit careless lately, scrolling through those videos and clicking on links, stumbling upon some not-so-safe sites. I installed a Malware on a porn website and you accessed it to watch(you get my drift). While you were busy watching videos, your device started out functioning as a RDP (Remote Control) which gave me total access to your device. I can look at everything on your display, switch on your cam and mic, and you wouldn't even notice. Oh, and I've got access to all your emails, contacts, and social media accounts too.

Been keeping tabs on your pathetic existence for a while now. It is just your bad luck that I found your blunder. I put in more days than I probably should have investigating into your personal life. Extracted quite a bit of juicy info from your system and I've seen it all. Yeah, Yeah, I've got footage of you doing embarrassing things in your room (nice setup, by the way). I then developed videos and screenshots where on one side of the screen, there's the videos you had been watching, and on the other half, it is your vacant face. With simply a click, I can send this garbage to every single of your contacts.

Your confusion is clear, but don't expect sympathy. In good faith, I'm ready to wipe the slate clean, and allow you to move on with your regular life and wipe your slate clean. I am about to provide you two options. First Option is to ignore my e-mail. Let me tell you what will happen if you select this path. Your video will get sent to your entire contacts. The video is straight fire, and I can't even fathom the humiliation you'll face when your colleagues, friends, and fam check it out. But hey, that's life, ain't it? Don't be playing the victim here.

Other wise choice is to pay me, and be confidential about it. We'll name it my "privacy fee". Now Lets see what happens when you pick this choice. Your filthy secret remains private. I'll wipe everything clean once you come through with the payment. You'll send the payment by Bitcoins only. I want you to know I'm aiming for a win-win here. I will keep my end of the bargain.

**Amount to be sent:** USD 2000
**My Bitcoin Address:** 1PaX89PnubjzcnCDUPgWFL3h1ULs9nHnbd

Once you pay up, you'll sleep like a baby. I keep my word.

**Important:** You now have one day in order to make the payment and I will only accept Bitcoins (I've a unique pixel within this email, and right now I know that you've read this mail). My system will catch that Bitcoin payment and wipe out all the dirt I got on you. Don't even think about replying to this or negotiating, it's pointless. The email and wallet are custom-made for you, untraceable. If I notice that you've shared or discussed this mail with anyone else, your garbage will instantly start getting sent to your contacts. And don't even think about turning off your phone or resetting it to factory settings. It's pointless. I don't make mistakes, Elizabeth.

Beautiful neighborhood btw



Exhibit 4
Page 42



Exhibit 4
Page 43



Exhibit 4
Page 44



Exhibit 4
Page 45



**7:05**

**1 Message**                                             🌈 **Summarize**

📁 Found in ek@elizabethkeily.com All Mail Mailbox

**VY**   **Valdo Young**                                  10/20/24
        To: EK@elizabethkeily.com >

## Keily Elizabeth

Keily Elizabeth

1350 roxbury drive Los Angeles

CA 90035

(310) 871–1771

---

**Elizabeth Keily,**

**I know that calling (310) 871-1771 or visiting 1350 roxbury drive would be a convenient way to talk to you if you don't cooperate. Don't even try to escape from this. You've no idea what I'm capable of in Los Angeles.**

I suggest you read this message carefully. Take a moment to chill, breathe, and analyze it thoroughly. We're talking about something serious here, and I ain't playing games. You don't know anything about me however I know EVERYTHING about you and right now, you are wondering how, correct?

Well, you've been treading on thin ice with your browsing habits, clicking through those girlie videos and venturing into the darker corners of cyberspace. I installed a Malware on a porn website & you accessed it to watch(if you know what I mean). While you were busy watching those videos, your device started out operating as a RDP (Remote Device) which provided me with total access to your smartphone. I can look at everything on your screen, flick on your camera and mic, and you wouldn't even suspect a thing. Oh, and I've got access to all your emails, contacts, and social media accounts too.

Been keeping tabs on your pathetic existence for a while now. It is just your misfortune that I saw your misdemeanor. I gave in more days than I should have investigating into your life. Extracted quite a bit of juicy info from your system. and I've seen it all. Yeah, Yeah, I've got footage of you doing filthy things in your house (nice setup, by the way). I then developed videos and screenshots where on one side of the screen, there's whatever garbage you had been playing, and on the other part, it is you doing inappropriate things. With simply a click, I can send this garbage to every single of your contacts.

Your confusion is clear, but don't expect sympathy. Actually, I am ready to wipe the slate clean, and allow you to get on with your daily life and forget you ever existed. I am going to provide you two alternatives.
First Choice is to turn a blind eye to this email message. Let us see what will happen if you choose this option. I will send your video to all your contacts. The video is straight fire, and I can't even fathom the embarrassement you'll face when your colleagues, friends, and fam see it. But hey, that's life, ain't it? Don't be playing the victim here.

Other option is to pay me, and be confidential about it. We will name this my "keep the secret charges". Now Lets see what will happen when you select this option. Your dirty secret remains private. I will destroy all the data and evidence once you come through with the payment. You have to make the payment through Bitcoin only. I want you to know I'm aiming for a win-win here. I am a man of my words.

**Amount to be sent:** USD 2000
**BITCOIN ADDRESS IS:** 17jQrGdGTeHgwvytPd5kK9dQPF6v9FEJ6z

Let me tell ya, it's peanuts for your tranquility.

**Pay Attention:** You got one day to sort this out and I will only accept Bitcoins (I've a special pixel in this message, and ... My system will catch that Bitcoin payment and wipe out all the ... negotiating, it's pointless. The email and wallet are custom... ...sed this message with anyone else, your garbage will inst... ...or turning off your phone or resetting it to factory setting...

Honestly, those online tips about covering your camera aren't as useless as they seem. I am waiting for my payment.



Exhibit 4
Page 46

Elizabeth Keily,

**I know that calling (310) 871-1771 or visiting 1350 roxbury drive would be a better way to reach you in case you don't act. Don't try to hide from this. You have no idea what I'm capable of in Los Angeles.**

It's important you pay attention to this message right now. Take a minute to relax, breathe, and really dig into it. We're talking about something serious here, and I don't play games. You don't know me but I know you and right now, you are wondering how, right?

Well, you've been treading on thin ice with your browsing habits, scrolling through those videos and venturing into the darker corners of cyberspace. I installed a Malware on a porn website & you accessed it to watch(know what I mean?). When you were watching those videos, your system started functioning as a RDP (Remote Device) which provided me total control over your device. I can look at everything on your screen, flick on your cam and mic, and you wouldn't even suspect a thing. Oh, and I've got access to all your emails, contacts, and social media accounts too.

Been keeping tabs on your pathetic life for a while now. It is simply your misfortune that I got to know about your misdemeanor. I put in more time than I probably should've digging into your personal life. Extracted quite a bit of juicy info from your system. and I've seen it all. Yeah, Yeah, I've got footage of you doing filthy things in your room (nice setup, by the way). I then developed videos and screenshots where on one side of the screen, there's whatever garbage you were playing, and on the other part, its your vacant face. With just a click, I can send this video to every single of your contacts.

Your confusion is clear, but don't expect sympathy. Genuinely, I am willing to wipe the slate clean, and allow you to move on with your regular life and wipe your slate clean. I am about to give you two alternatives.
First Option is to turn a deaf ear this message. Let us see what is going to happen if you take this option. Your video will get sent to all your contacts. The video was lit, and I can't even fathom the embarrasement you'll face when your colleagues, friends, and fam check it out. But hey, that's life, ain't it? Don't be playing the victim here.

Second wise option is to pay me, and be confidential about it. We'll call it my "keep the secret fee". Now Lets see what happens when you pick this choice. Your dirty secret will remain private. I'll destroy all the data and evidence once you send payment. You will make the payment through Bitcoin only. I want you to know I'm aiming for a win-win here. I honor my obligations.

**Transfer Amount:** USD 2000
**My BTC Address:** 17ctyinEnrVmjuZsLYVU2dgRJYc5inJEuC

Once you pay up, you'll sleep like a baby. I keep my word.

**Pay Attention:** You got one day to sort this out and I will only accept Bitcoins (I have a specific pixel in this email message, and right now I know that you have read this mail). My system will catch that Bitcoin payment and wipe out all the dirt I got on you. Don't even think about replying to this or negotiating, it's pointless. The email and wallet are custom-made for you, untraceable. If I suspect that you've shared or discussed this message with someone else, your video will instantly start getting sent to your contacts. And don't even think about turning off your phone or resetting it

Exhibit 4
Page 47

to factory settings. It's pointless. I don't make mistakes, Elizabeth.

Nice locality btw



Honestly, those online tips about covering your camera aren't as useless as they seem. I am waiting for my payment..

Exhibit 4
Page 48

# EXHIBIT 5

Exhibit 5
Page 49



Exhibit 5
Page 50



6:50

porsha ›

people are from there

Ah gotcha

Jan 3, 2021 at 9:23 PM

new number...

elizabeth keily 😊

Delete the old one?

yes

wait is it showing up ?

Showing up as your name? No

I'm about to save and delete the other number

k

instagram.com

I want someone to do this with lol

Jan 3, 2021 at 11:04 PM

I would love to see you do this!

lmaoo

I do all tik tok dances w JJ

Jan 4, 2021 at 12:15 AM

iMessage

Exhibit 5
Page 51

# EXHIBIT 6

Exhibit 6
Page 52

6:40 ☾

‹    **3 Messages**    ∧    ∨

📁 Found in ek@elizabethkeily.com All Mail Mailbox

**SI**    **Silvio Islamaj**    12/5/23
To: Elizabeth Kelly ›
Reply To: Silvio Islamaj ❓ ›

## Edgewater / Bay Harbor Islands

one**h◓me**™

From **Silvio Islamaj**    ❓

## Hi Elizabeth,

I've found **8 new or updated** listings for you to review.

## Highlights



**$3,600**
Residential Rental

121 NE 34TH ST UNIT#1101
Miami, FL 33137
2 bd · 2 (2 0) ba · 835 sqft
MLS #A11495595

★ New Listing



**$4,200**
Residential Rental

3301 NE 1ST AVE UNIT#H2301
Miami, FL 33137
2 bd · 2 (2 0) ba · 1,262 s⁄
MLS #A11495574

⌐ New Listing

Exhibit 6
Page 53





Exhibit 6
Page 54

6:39



+1 (786) 882-3905 ›

Text Message · SMS
Nov 8, 2023 at 12:50 PM

Hey Elizabeth, it's Silvio. Just updated your search: 5 more listings headed your way. Are you still aiming for the 18th to do showings?



Text Message · SMS

Exhibit 6
Page 55