UNITED STATES DISTRICT COURT
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

Case: 2:24cv7502  Doc: 46

Elizabeth   Chen
1350 S Roxbury Drive
Apartment 208
Beverly Hills, CA 90035

Return To Sender

NO LONGER AT THIS
ADDRESS !!

2:24-CV-7502-MWC



NIXIE      91  5E  18CU  7210/03/25

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 90012333299    2347N276182-00925

FIRST-CLASS MAIL
IMI
$001.90
09/22/2025 ZIP 90012
043M31268156
quadient

Case: 2:24cv7502  Doc: 46

Elizabeth  Chen
1350 S Roxbury Drive
Apartment 208
Beverly Hills, CA 90035

Case 2:24-cv-07502-MWC-MAA    Document 56    Filed 10/06/25    Page 2 of 3   Page ID
#:551

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Elizabeth Chen
1350 S Roxbury Drive
Apartment 208
Beverly Hills CA 90035
US
--Case Participants: Brianna K. Pierce (bkp@bellatrix-law.com,
bpierce_dynamisllp@ecf.courtdrive.com), Magistrate Judge Maria A. Audero
(crd_audero@cacd.uscourts.gov), Judge Michelle Williams Court (crd_court@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<40967180@cacd.uscourts.gov>Subject:Activity in Case 2:24-cv-07502-MWC-MAA
Skye Griffin v. Elizabeth Chen et al Order on Motion for Default Judgment Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 9/19/2025 at 6:41 PM PDT and filed on 9/19/2025

| | |
|---|---|
| **Case Name:** | Skye Griffin v. Elizabeth Chen et al |
| **Case Number:** | 2:24-cv-07502-MWC-MAA |
| **Filer:** | |
| **Document Number:** | 46 |

**Docket Text:**
**MINUTE ORDER OF PLAINTIFF'S RENEWED MOTION FOR DEFAULT JUDGMENT (DKT. [43]) held before Judge Michelle Williams Court. The motion hearing is held. The plaintiff is sworn. The Court questions plaintiff. The Court takes the Motion UNDER SUBMISSION and a ruling will be issued. Court Reporter: Courtsmart. (yl)**

**2:24-cv-07502-MWC-MAA Notice has been electronically mailed to:**
Brianna K. Pierce    bpierce_dynamisllp@ecf.courtdrive.com, bkp@bellatrix-law.com
**2:24-cv-07502-MWC-MAA Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Elizabeth Chen
1350 S Roxbury Drive
Apartment 208